UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

REO SPEEDWAGON, INC.

    Plaintiff,

v.

SONY MUSIC ENTERTAINMENT,

    Defendant.

-----------------------------------------------------------X

12 Civ. 7078 (RJS)(AJP)

STIPULATION

ECF CASE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-22-13

WHEREAS Plaintiff commenced this action on September 19, 2012; and

WHEREAS Plaintiff served the Complaint on Defendant on December 6, 2012; and

WHEREAS, in light of the parties attempts to settle their dispute, this Court previously adjourned Defendant's time to answer, move, or otherwise respond to the Complaint by orders dated December 26, 2012 and January 23, 2013; and

WHEREAS, Defendant's time to answer, move or otherwise respond to the Complaint currently expires on February 28, 2013; and

WHEREAS the parties continue to engage in settlement negotiations;

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, that Defendant's time to answer, move, or otherwise respond to the Complaint is extended to and including April 1, 2013; and

IT IS FURTHER STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, that this stipulation may be executed in counterparts, but together shall constitute one agreement.

Dated:   New York, New York
         February 20, 2013

| | |
|---|---|
| KING & BALLOW | COVINGTON & BURLING LLP |
| By: *[signature]* Rick D. Busch w/p Ahr | By: *[signature]* Jennifer Saperstein |
| Richard S. Busch | Jonathan M. Sperling |
| 315 Union Street, Suite 1100 | Douglas S. Curran |
| Nashville, Tennessee 37201 | The New York Times Building |
| 615.259.3456 (phone) | 620 Eighth Avenue |
| 615.726.5417 (fax) | New York, New York 10018 |
| | 212.841.1000 (phone) |
| Kenneth E. Gordon | 212.841.1010 (fax) |
| GORDON, GORDON & SCHNAPP, P.C. | |
| 437 Madison Avenue, 39th Floor | Jennifer H. Saperstein |
| New York, New York 10022 | 1201 Pennsylvania Ave. NW |
| 212.355.3200 (phone) | Washington, DC 20004 |
| 212.355.3292 (fax) | 202.662.5682 (phone) |
| | 202.778.5682 (fax) |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendant* |

SO ORDERED:

*[signature]*
U.S.D.J.
2/21/13